UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-60002-ALTMAN/Hunt

**DANIEL PAUL**,

    *Plaintiff*,

v.

**SENTINEL PROTECTION, LLC** *et al.*,

    *Defendants*.

_____/

## **FINAL JUDGMENT**

In a separate Order [ECF No. 47], we accepted and adopted in full Magistrate Judge Patrick M. Hunt's Report and Recommendation [ECF No. 46], which recommended that we grant in part and deny in part the Plaintiff's Motion for Entry of Final Default Judgment against All Defendants [ECF No. 44]. Pursuant to Federal Rule of Civil Procedure 58, we hereby **ORDER and ADJUDGE** that:

1. Judgment is **ENTERED** in favor of the Plaintiff, Daniel Paul, as to Count I.

2. Counts II and III are **DISMISSED without prejudice**.

3. The Plaintiff is entitled to judgment against the Defendant in the amount of **$19,500** (inclusive of liquidated damages) for unpaid overtime wages under the Fair Labor Standards Act, 29 U.S.C. § 216(b).

4. The Plaintiff is entitled to recover attorneys' fees in the amount of **$5,950** under 29 U.S.C. § 216(b), and costs in the amount of **$402** under 28 U.S.C. § 1920.

5. We'll retain jurisdiction over this case to enforce this Order.

**DONE AND ORDERED** in the Southern District of Florida on March 29, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record